# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **TRACIE M. HUNTER** | : | CASE NO. 1:16-cv-00962 |
| **Plaintiff,** | : | **JUDGE BARRETT** |
| v. | : | **NOTICE OF VOLUNTARY** |
| | : | **DISMISSAL OF OHIO** |
| **HAMILTON COUNTY** | : | **ATTORNEY GENERAL** |
| **BOARD OF ELECTIONS, et al.** | : | **MIKE DEWINE** |
| **Defendants** | : | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tracie M. Hunter hereby voluntarily dismisses Ohio Attorney General Mike DeWine from this action.

Respectfully submitted,

 /s/ David A. Singleton
David A. Singleton #0074556
Trial Attorney for Plaintiff
Ohio Justice & Policy Center
215 E. 9th Street, Suite 601
Cincinnati, OH 45202
(513) 421-1108; (513) 562-3200 – fax
dsingleton@ohiojpc.org

**CERTIFICATE OF SERVICE**

       I certify the foregoing Notice of Voluntary Dismissal of Ohio Attorney General Mike DeWine was filed electronically through the Court's electronic filing system on September 30, 2016.  All parties will receive a copy of the foregoing through that system.

                                        /s/ David A. Singleton
                                        David A. Singleton