# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **TRACIE M. HUNTER** | : | CASE NO.  1:16-cv-00962 |
| | : | |
| **Plaintiff,** | : | **JUDGE BARRETT** |
| | : | |
| **v.** | : | **STIPULATION OF DISMISSAL** |
| | : | **OF SECRETARY OF STATE** |
| **HAMILTON COUNTY** | : | **JON HUSTED** |
| **BOARD OF ELECTIONS, et al.** | : | |
| | : | |
| **Defendants** | : | |

Plaintiff Tracie Hunter, who incorporates herein the representations she made in her previously filed Notice of Dismissal of Secretary of State Jon Husted (Doc. 13), and Ohio Secretary of State Jon Husted, who incorporates herein the representations made in his previously filed combined Motion to Dismiss and Memorandum in Opposition to Motion for Temporary Restraining Order (Docs. 12 and 15), stipulate to the dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ David A. Singleton
David A. Singleton #0074556
Trial Attorney for Plaintiff
Ohio Justice & Policy Center
215 East 9th Street, Suite 601
Cincinnati, OH 45202
(513) 421-1108; (513) 562-3200 – fax
dsingleton@ohiojpc.org

/s/ Nicole M. Koppitch
NICOLE M. KOPPITCH (0082129)*
*Lead and Trial Counsel
BRODI J. CONOVER (0092082)
Assistant Attorneys General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel. 614-466-2872 | Fax: 614- 728-7592
nicole.koppitch@ohioattorneygeneral.gov
brodi.conover@ohioattorneygeneral.gov

*Counsel for Defendant Ohio Secretary of State Jon Husted*

**CERTIFICATE OF SERVICE**

    I certify the foregoing Stipulation of Dismissal of Ohio Secretary of State Jon Husted was filed electronically through the Court's electronic filing system on October 4, 2016.  All parties will receive a copy of the foregoing through that system.

                                        /s/ David A. Singleton
                                        David A. Singleton