United States District Court
Southern District of Ohio

**Related Case Memorandum**
**Civil Cases**

TO: Judge Dlott and Judge Barrett

FROM: Jennifer Webster, Case Administrator

DATE: 10/12/2016

SUBJECT: Case Caption: Hunter v. Hamiton County Board of Elections

CASE: Case Number: 1:16-cv-996

DISTRICT JUDGE: Judge Susan J. Dlott

File Date: 11/11/2016

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** 1:16-cv-962

Case Caption: **Hunter v. Hamilton County Board of Elections, et al**

Case Number: **1:16-cv-962**    District Judge: **Judge Barrett**

File Date: **1:16-cv-962**    Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:    District Judge:

File Date:    Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator _____
as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Michael R. Barrett

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge: _____

_____

 s/Susan J. Dlott
United States District Judge

 s/Michael R. Barrett
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*