UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**TRACIE M. HUNTER,**                  Case No. 1:16-cv-962

       **Plaintiff,**

       v.                                    **Judge Michael R. Barrett**

**HAMILTON COUNTY BOARD
OF ELECTIONS, et al.,**

       **Defendants.**

## AGREED ORDER

This matter is before the Court upon the parties' stipulated agreement, which is comprised of the following terms:

(1) As of October 11, 2016, Defendant Hamilton County Board of Elections shall restore Plaintiff Tracie M. Hunter to the voter registration list as an eligible elector.

(2) Defendant Hamilton County Board of Elections shall not remove Plaintiff Tracie M. Hunter from the voter registration list based upon her December 2014 felony conviction unless and until she is incarcerated under the sentence imposed for that conviction.

(3) Plaintiff Tracie M. Hunter moves for the dismissal of all claims against Defendant Hamilton County Board of Elections in the above-captioned lawsuit with prejudice.

(4) The parties request that the Court withdraw and vacate its October 6, 2016 Opinion and Order (ECF No. 19) and dismiss this action as settled.

(5) Defendant Hamilton County Board of Elections shall pay to Plaintiff Tracie M. Hunter's counsel $30,000.00 in attorney fees.

(6) In the event that the Court does not approve the settlement terms, vacate its October 6, 2016 Opinion and Order (ECF No. 19), and dismiss the action as settled, the terms of the stipulated agreement are not binding and the parties shall request a status conference with the Court to determine how to proceed.

Upon consideration, the Court **APPROVES** the settlement terms, **VACATES** the

October 6, 2016 Opinion and Order (ECF No. 19), and **DISMISSES** this action as settled.  The Clerk shall terminate this case upon the docket records of the United States District Court for the Southern District of Ohio, Western Division.

    **IT IS SO ORDERED.**

                                        *s/Michael R. Barrett*
                                        Michael R. Barrett, Judge
                                        United States District Court

APPROVED:

| | |
|---|---|
| *s/David A. Singleton by s/ Mark Landes per email consent* | *s/ Mark Landes* |
| David A. Singleton (# 0074556) | Mark Landes (# 0027227) |
| dsingleton@ohiojpc.org Email | mlandes@isaacwiles.com Email |
| *Trial Attorney* | *Trial Attorney* |
| | |
| Dorianne Mason (# 0093176) | Holly Oak (# 0090496) |
| dmason@ohiojpc.org Email | hoak@isaacwiles.com Email |
| Pamela H. Thurston (# 0039467) | Shawn Judge (# 0069493) |
| pthurston@ohiojpc.org Email | sjudge@isaacwiles.com Email |
| | |
| **Ohio Justice & Policy Center** | **Isaac, Wiles, Burkholder & Teetor, LLC** |
| 215 E. 9th Street, Suite 601 | Two Miranova Place, Suite 700 |
| Cincinnati, Ohio 45202 | Columbus, Ohio 43215 |
| 513-421-1108, ext. 17 Phone | 614-221-2121 Phone |
| 513-562-3200 Facsimile | 614-365-9516 Facsimile |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Tracie M. Hunter* | *Hamilton County Board of Elections* |